**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:24-cv-80358-WPD

LAWRENCE FELTZIN,

    Plaintiff,
v.

CONGRESS PROPERTY OWNER,
LLC,
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, LAWRENCE FELTZIN, and Defendant, CONGRESS PROPERTY OWNER, LLC, hereby advise the Court that the parties have reached a settlement in connection with the instant case and a Confidential Settlement Agreement has been fully executed by both parties on even date herewith. The parties will file a Stipulation dismissing this action with prejudice once certain material terms of the settlement agreement are completed, which shall be on or before May 31, 2024. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this May 3, 2024.

| | |
|---|---|
| /s/ *Beverly Virues* | /s/ *Alan D. Danz* |
| BEVERLY VIRUES, ESQ. | ALAN D. DANZ, ESQ. |
| Florida Bar No.: 123713 | Florida Bar No.: 948934 |
| GARCIA-MENOCAL, P.L. | DANZ LAW, PLLC |
| 350 Sevilla Avenue, Suite 200 | 15951 S.W. 41st Street, Suite 800 |
| Coral Gables, FL 33345 | Davie, Florida 33331 |
| Telephone: (305) 553- 3464 | Telephone: (954) 530-9245 |
| E-mail: bvirues@lawgmp.com | E-Mail: danz@danzlaw.net |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 3, 2024.

                Respectfully submitted,

                **GARCIA-MENOCAL, P.L.**
                *Attorneys for Plaintiff*
                350 Sevilla Avenue, Suite 200
                Coral Gables, FL 33345
                Telephone: (305) 553-3464
                Facsimile: (305) 553-3031
                Primary E-Mail: bvirues@lawgmp.com
                Secondary E-Mail: jacosta@lawgmp.com;
                aquezada@lawgmp.com

                By: */s/ Beverly Virues*
                      BEVERLY VIRUES