UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80358-CIV-DIMITROULEAS

LAWRENCE FELTZIN,

    Plaintiff,

vs.

CONGRESS PROPERTY OWNER, LLC,

    Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE comes before the Court on the Joint Stipulation of Final Dismissal With Prejudice [DE 12], filed herein on May 21, 2024. The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 12] is **APPROVED**.
2. This action is **DISMISSED WITH PREJUDICE**.
3. All parties shall bear their own attorney's fees and costs except as otherwise agreed.
4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of May 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record